

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00415-CV

Milton B. **RUSSELL**,
Appellant

v.

**CPS ENERGY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16913
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: October 15, 2014

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by August 18, 2014. *See* TEX. R. APP. P. 38.6(a). On August 27, 2014, this court notified Appellant Milton B. Russell that neither his brief nor a motion for extension of time had been filed, and we directed Appellant to file his brief or a motion for extension of time by September 8, 2014.

On September 22, 2014, after no brief or motion for extension of time was filed, we ordered Appellant Milton B. Russell to show cause in writing not later than October 2, 2014, why this

appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a). We warned Appellant that if he failed to respond as ordered, this appeal would be dismissed. *See id.*

To date, Appellant has filed no response. Therefore, we dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

PER CURIAM